## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### UNDER SEAL

UNITED STATES OF AMERICA

      v.                                Criminal No.  22-85 (NEB/TNL)

MOHAMED JAMA ISMAIL
_____

UNITED STATES OF AMERICA

      v.                                Criminal No.  22-124 (NEB/TNL)

ABDIAZIZ SHAFI FARAH, ET AL.
_____

UNITED STATES OF AMERICA

      v.                                Criminal No.  22-222 (NEB/TNL)

LIBAN YASIN ALISHIRE, ET AL.
_____

UNITED STATES OF AMERICA

      v.                                Criminal No.  22-223 (NEB/TNL)

AIMEE MARIE BOCK, ET AL.
_____

UNITED STATES OF AMERICA

      v.                                Criminal No.  22-224 (NEB/TNL)

QAMAR AHMED HASSAN, ET AL.
_____

UNITED STATES OF AMERICA

     v.                                Criminal No.  22-225 (NEB/TNL)

SHARMAKE JAMA, ET AL.
_____

UNITED STATES OF AMERICA

     v.                                Criminal No.  22-226 (NEB/TNL)

HAJI OSMAN SALAD, ET AL.
_____

UNITED STATES OF AMERICA

     v.                                Criminal No.  22-236 (NEB)

HANNA MARAKEGN
_____

UNITED STATES OF AMERICA

     v.                                Criminal No. 22-237 (NEB)

BEKAM ADDISSU MERDASSA
_____

UNITED STATES OF AMERICA

     v.                                Criminal No.  22-238 (NEB)

HADITH YUSUF AHMED
_____

UNITED STATES OF AMERICA

     v.                                Criminal No.  22-277 (NEB/TNL)

MEKFIRA HUSSEIN
_____

UNITED STATES OF AMERICA

     v.                                   Criminal No.  22-293 (JNE/DTS)

MOHAMED MUSE NOOR

_____

UNITED STATES OF AMERICA

     v.                                   Criminal No.  23-80 (JWB/DJF)

AYAN FARAH ABUKAR

_____

UNITED STATES OF AMERICA

     v.                                   Criminal No.  23-81 (PJS/TNL)

SADE OSMAN HASHI

_____

UNITED STATES OF AMERICA

     v.                                   Criminal No.  23-82 (DSD/DTS)

SHARON ROSS

_____

UNITED STATES OF AMERICA

     v.                                   Criminal No.  23-91 (SRN)

MUHAMED HUSSEIN, ET AL.

_____

UNITED STATES OF AMERICA

     v.                                   Criminal No.  23-92 (MJD)

MULATA ALI

_____

3

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;
- The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;
- The cases arise out of the same investigation and have temporal proximity;
- A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and
- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: March 14, 2023

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY:    */s/ Harry M. Jacobs*
JOSEPH H. THOMPSON
HARRY M. JACOBS
CHELSEA A. WALCKER
MATTHEW S. EBERT
Assistant United States Attorneys
United States Attorney's Office
300 South Fourth Street, Suite 600
Minneapolis, MN  55415

4