# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-237 (NEB) |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| BEKAM ADDISSU MERDASSA, | |
| Defendant. | |

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Plea Agreement between the United States and Defendant Bekam Addissu Merdassa; and on the Court having found that an order of forfeiture is authorized, pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, as a result of the charge to which the Defendant has pled guilty, IT IS HEREBY ORDERED that:

1. The United States' Motion for a Preliminary Order of Forfeiture (ECF No. 52) is GRANTED;

2. A money judgment forfeiture is entered against Defendant, pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), in the amount of $343,086;

3. Defendant shall receive credit against the $343,086 money judgment forfeiture for the net forfeited value of each asset that is forfeited from him in connection with this case;

4. The Defendant is ordered to forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2)(C), any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of Count 1 of the Information;

5. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and (c)(1)(B), and 21 U.S.C. § 853(m) the United States may conduct discovery as to Defendant to identify property subject to forfeiture under the terms of this Order, or to address any factual issues raised by a third-party petition filed pursuant to Fed. R. Crim. P. 32.2(c);

7. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and,

8. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: March 12, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge