**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BEKAM ADDISSU MERDASSA,

        Defendant.

Case No. 22-cr-237 (NEB)

**NOTICE OF PARTIAL PAYMENT**
**TOWARDS MONEY**
**JUDGMENT FORFEITURE**

The United States of America, through its undersigned attorneys, hereby gives notice that Defendant Bekam Addissu Merdassa has paid $56,052.20 towards the money judgment forfeiture entered against her on March 26, 2026 as ECF No. 54. This sum represents the proceeds of three payments: (a) a $20,000 check paid over by Ms. Merdassa through her attorney on or about October 13, 2022; (b) $18,154.25 cashier's check paid over to the U.S. Marshals Service by Ms. Merdassa on or about October 13, 2022; and (c) a $17,897.95 from TD Ameritrade that was signed over to the U.S. Marshals Service by Ms. Merdassa on or about February 3, 2023.

Dated: 3/24/2026

DANIEL N. ROSEN
United States Attorney

 s/Craig Baune
BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600
Craig.baune@usdoj.gov